FILED

03/31/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0454

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

NEIL LYNN NUNES,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kelsey McAlpine is granted an extension of time to and including May 16, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Reminder: Be sure to read orders for any special instructions. I have emailed this to both. ☺

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022